UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYDEN G. WEHTJE,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. C25-5495JLR<br><br>ORDER LIFTING STAY |

On October 15, 2025, the court granted Defendant's motion to stay this case until after Congress restored appropriations to the Social Security Administration. (10/15/25 Order (Dkt. # 12); *see* Mot. to Stay (Dkt. # 11).) Although appropriations have not yet been restored, the court understands from filings in other matters that the Social Security Administration recently determined that attorneys in its office may now perform work on Social Security cases arising under 42 U.S.C. § 405(g).

Defendant responded to Plaintiff's opening brief on October 24, 2025. (*See* Def.'s Br. (Dkt. # 13).) Therefore, the court LIFTS the stay in this matter and ORDERS

//

//

Order Lifting Stay - 1

Plaintiff to file his reply brief, if any, by no later than **November 7, 2025**. The Clerk is DIRECTED to renote Plaintiff's opening brief (Dkt. # 8) for November 7, 2025.

Dated this 24th day of October, 2025.

JAMES L. ROBART
United States District Judge

Order Lifting Stay - 2